IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DARRYL L. FRANKE**,

No. 6:14-cv-01903-AC

Plaintiff,

OPINION AND ORDER

v.

**CAROLYN COLVIN,**
Commissioner, Social Security
Administration,

Defendant.

**MOSMAN, J.**,

On November 9, 2015, Magistrate Judge Acosta issued his Findings and

Recommendation (F&R) [22], recommending that the decision of the Commissioner should be

REVERSED and this matter should be REMANDED to the Commissioner for the immediate

calculation and payment of benefits to Plaintiff Franke. No objections to the Findings and

Recommendation were filed.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may

file written objections. The court is not bound by the recommendations of the magistrate judge,

but retains responsibility for making the final determination. The court is generally required to

make a *de novo* determination regarding those portions of the report or specified findings or

recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court

is not required to review, *de novo* or under any other standard, the factual or legal conclusions of

1 – OPINION AND ORDER

the magistrate judge as to those portions of the F&R to which no objections are addressed. *See*

*Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121

(9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R

depends on whether or not objections have been filed, in either case, I am free to accept, reject,

or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Acosta's recommendation and I ADOPT the F&R [22]

as my own opinion.

IT IS SO ORDERED.

DATED this __30th__ day of November, 2015.

/s/ Michael W. Mosman____
MICHAEL W. MOSMAN
United States District Judge

2 – OPINION AND ORDER